# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY HALLIDAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00810 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JUDY HALLIDAY AND AGAINST DEFENDANT, MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY |

Judy Halliday (Plaintiff") sought review of the administrative decision denying Social Security benefits. On November 16, 2012, the parties stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings as follows:

> Upon remand, the Office of Disability Adjudication and Review will remand the case to an Administrative Law Judge (ALJ) and direct him to further consider and evaluate the claimant's mental impairment, consistent with the special technique set-forth in 20 C.F.R. 404.1520 and 416.920l; obtain ME testimony to clarify the nature and severity of the claimant's physical and mental impairments; further evaluate the RFC and provide specific rationale in support.

(Doc. 13 at 1-2). In addition, the parties indicated the ALJ should "evaluate the opinions from the State Agency reviewers and consultative examiners with respect to the claimant's mental and physical capacities," and obtain testimony from a vocational expert. *Id.* Further, the parties noted the matter was to be remanded under sentence four of 42 U.S.C. § 405(g). *Id.* at 2.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Judy Halliday and against Defendant, Michael J. Astrue, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **November 19, 2012**           **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE