UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY HALLIDAY,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:12-cv-00810 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 16) |

On January 9, 2013, Plaintiff Judy Halliday and Defendant Michael J. Astrue, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 1920, 2412(d).  (Doc. 16).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $1,908.25 is **AWARDED** to Plaintiff, Judy Halliday.

IT IS SO ORDERED.

Dated: __January 9, 2013__         /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE